IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| GOLDIE TAYLOR III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:15-cv-00304-JHM-DW |
| | ) |
| PINNACLE CREDIT | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Comes the Plaintiff, Goldie Taylor III, and the Defendant, Pinnacle Credit Services, LLC, each by counsel, and hereby notifies the Court that Plaintiff has settled his claims against Pinnacle Credit Services, LLC subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

>*/s/Wayne F. Collier*
>KINKEAD & STILZ, PLLC
>PNC Bank Tower
>301 E. Main St., Suite 800
>Lexington, KY 40507
>(Tel) 859.296.2300
>(Fax) 859.296.2566
>wcollier@ksattorneys.com
>Counsel for Defendant, Pinnacle Credit Services, LLC

### **CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of August, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

>*/s/David W. Hemminger*
>David W. Hemminger