IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| GOLDIE TAYLOR III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 3:15-cv-00304-JHM-DW |
| | ) |
| PINNACLE CREDIT SERVICES, | ) |
| LLC et al. | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN**
**PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

Comes the Plaintiff, Goldie Taylor III, and hereby stipulates that Plaintiff's cause against Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 10th day of May, 2016.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                    */s/David W. Hemminger*
                                    David W. Hemminger