IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | |
|---|---|
| GOLDIE TAYLOR III, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 3:15-cv-00304-JHM-DW |
| PINNACLE CREDIT SERVICES, LLC et al. | ) ) ) ) |
| Defendants | ) |

** ** ** **

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Goldie Taylor III, and the Defendant, Pinnacle Credit Services, LLC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Pinnacle Credit Services, LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

*[signature]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 26, 2016

TENDERED BY:
*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY  40202
(502) 443-1060
dhemminger@lynchcox.com
*Counsel for Plaintiff*

HAVE SEEN AND AGREE:

*/s/Wayne F. Collier*_____
**Wayne F. Collier**
Kinkead & Stilz PLLC
301 East Main Street, Suite 800
Lexington, KY 40507
859-296-2300
Fax: 859-296-2566
Email: wcollier@ksattorneys.com
*Counsel for Defendant, Pinnacle Credit Services, LLC*